IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: GERALD T NOEL JR  
     640 EUCLAIRE AVE  
     COLUMBUS, OH 43209

CASE NO: 15-56664

CHAPTER 13

JUDGE: John E. Hoffman Jr.

## NOTICE OF INTENTION TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Faye D. English, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below.

| TRUSTEE PAYEE # | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00001 | Bexley City Ohio<br>2242 E. Main St.<br>Columbus, OH 43209 | Not filed | 8.00% | 0.00 % | UNSECURED |
| 00005 | Big Run Urgent Care<br>4300 Clime Road<br>Columbus, OH 43228 | Not filed | 8.00% | 0.00 % | UNSECURED |
| 00006 | CAPITAL ONE<br>PO BOX 5155<br>NORCROSS, GA 30091 | Not filed | 8.00% | 0.00 % | UNSECURED |
| 00015 | CAVALRY SPV I LLC<br>PO BOX 27288<br>TEMPE, AZ 85282 | 737.31 | 8.00% | 0.00 % | UNKNOWN |
| 00008 | CAVALRY SPV I LLC<br>PO BOX 27288<br>TEMPE, AZ 85282 | 2,085.89 | 8.00% | 0.00 % | UNSECURED |
| 00007 | Central Ohio Primary Care<br>PO Box 267117<br>Columbus, OH 43226-7117 | Not filed | 8.00% | 0.00 % | UNSECURED |

CASE NO. 15-56664    GERALD T NOEL JR

| TRUSTEE PAYEE # | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00016 | COLUMBUS APPRAISAL COMPANY LLC<br>PO BOX 1946<br>POWELL, OH  43065 | 200.00 | 100.00% | 0.00 % | APPRAISER |
| 00017 | DEUTSCHE BANK NATIONAL TRUST COMPANY<br>WELLS FARGO BANK NA/ATTN: PAYMENT PROCESSING<br>1 HOME CAMPUS/MAC#X2302-04C | Paid outside | 100.00% | 0.00 % | PRE-PET MTG ARREARS |
| 00003 | DEUTSCHE BANK NATIONAL TRUST COMPANY<br>WELLS FARGO BANK NA/ATTN: PAYMENT PROCESSING<br>1 HOME CAMPUS/MAC#X2302-04C | 1,373.83 CONTINUING | 100.00% | 0.00 % | MORTGAGE |
| 00009 | Mount Carmel<br>5955 E. Broad Street<br>Columbus, OH  43213 | Not filed | 8.00% | 0.00 % | UNSECURED |
| 00013 | NAVIENT SOLUTIONS<br>UNITED STUDENT AID FUNDS INC.<br>ATTN:DEPOSIT OPERATIONS, PO BOX 6180<br>INDIANAPOLIS, IN  46206-6180 | 207,043.59 | 8.00% | 0.00 % | UNSECURED |
| 00002 | Palisades Collection, LLC<br>Vativ Recovery Solutions LLC dba SMC<br>PO BOX 40728<br>Houston, TX  77240-0728 | Not filed | 8.00% | 0.00 % | UNSECURED |
| 00004 | REGIONAL INCOME TAX AGENCY<br>PO BOX 6600<br>CLEVELAND, OH  44101-2004 | Not filed | 100.00% | 0.00 % | PRIORITY |
| 00011 | Regional Income Tax Agency<br>c/o Babcock & Wasserman Co LPA<br>55 Public Square, Suite 700<br>Cleveland, OH  44113 | Not filed | 8.00% | 0.00 % | UNSECURED |
| 00012 | Sallie Mae<br>PO Box 9500<br>Wilkes Barre, PA  18773-9500 | Not filed | 8.00% | 0.00 % | UNSECURED |
| 00010 | SUPREME COURT OF OHIO<br>OHIO ATTORNEY GENERAL<br>150 E GAY ST 21ST FLOOR<br>COLUMBUS, OH  43215 | 34.10 | 8.00% | 0.00 % | UNSECURED |

CASE NO. 15-56664   GERALD T NOEL JR

| TRUSTEE PAYEE # | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00014 | Telecheck Recovery Services, Inc.<br>PO Box 60022<br>City Of Industry, CA  91716-0022 | Not filed | 8.00% | 0.00 % | UNSECURED |
|  | TOTAL | 210,100.89 |  |  |  |
| 00000 | W MARK JUMP ESQ<br>2130 ARLINGTON AVE<br>COLUMBUS, OH  43221 | 0.00 | 100.00% | 0.00 % | ATTORNEY FEE |

Dated: September 16, 2016

/s/Faye D. English

Faye D. English
Chapter 13 Trustee
One Columbus
10 West Broad St., Suite 900
Columbus, OH  43215-3449
Telephone: 614-420-2555
Facsimile: 614-420-2550

# CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing Notice Of Intention To Pay Claims was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court, or by ordinary U.S. mail, postage prepaid, on this date.

Dated 9/16/2016

/s/ Faye D. English
Electronically signed by
Faye D. English, Chapter 13 Trustee

By the Court's ECF System:

Asst. U.S. Trustee
Faye D. English, Chapter 13 Trustee
W Mark Jump Esq, Attorney for Debtor

By ordinary U.S. Mail addressed to:

Gerald T Noel Jr
640 Euclaire Ave
Columbus, Oh 43209